AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LUIS POSTRERO BRIONES and<br>JOSE ATLIXQUENO FLORES<br><br>*Plaintiff(s)*<br>v.<br><br>SEA BREEZE FISH MARKET INC., SEA BREEZE<br>FISH & SEAFOOD OF STATEN ISLAND INC.,<br>S.B.F. FISHERY INC., VINCENT J. DIMINO, PAULA<br>DIMINO, and MICHAEL TURCO<br>*Defendant(s)* | Civil Action No. 18 cv 8046 KBF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PAULA DIMINO
c/o Sea Breeze Fish Market Inc.
541 9th Avenue
New York, New York 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EISNER & DICTOR, P.C.
39 Broadway, Suite 1540
New York, New York 10006
Ofc: 212-473-8700 / Fax: 212-473-8705
Attn: Thomas J. Lamadrid, Esq.
Thomas@eisnerdictor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____09/07/2018_____    _____/s/ D. Howie_____
*Signature of Clerk or Deputy Clerk*