USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS POSTRERO BRIONES and JOSE ATLIXQUENO FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>SEA BREEZE FISH MARKET INC., SEA BREEZE FISH & SEAFOOD OF STATEN ISLAND INC., S.B.F. FISHERY INC., VINCENT J. DIMINO, PAULA DIMINO, and MICHAEL TURCO,<br><br>Defendants. | 1:18-CV-08046-ALC<br><br><br><br><br><br><br><br><br><br><br><br><br>**DEFAULT JUDGMENT** |

This action having been commenced on September 4, 2018, by the filing of the Complaint and Summonses, copies of the Complaint and Summonses were served on defendants Sea Breeze Fish Market Inc., Sea Breeze Fish & Seafood of Staten Island Inc., S.B.F. Fishery Inc., Vincent J. Dimino, Paula Dimino, and Michael Turco by serving counsel for said defendant on November 26, 2018, said counsel accepting service on behalf of defendants, and a stipulation reflecting the same being filed on November 26, 2018, ECF Doc. Nos. 18 and 19; the Court subsequently ordering defendants to answer or otherwise respond to the Complaint by November 12, 2019; and Sea Breeze Fish Market Inc., Sea Breeze Fish & Seafood of Staten Island Inc., S.B.F. Fishery Inc., Vincent J. Dimino, Paula Dimino, and Michael Turco having not answered the Complaint, and the time for answering the Complaint having expired; it is hereby

ORDERED, ADJUDGED AND DECREED: That plaintiffs have judgement against defendants Sea Breeze Fish Market Inc., Sea Breeze Fish & Seafood of Staten Island Inc., S.B.F. Fishery Inc., Vincent J. Dimino, Paula Dimino, and Michael Turco, jointly and severally, in the

liquidated amount of $236,958.78, with each individual plaintiff awarded the following amount:

    Luis Postrero Briones:    $118,479.39

    Jose Altlixqueno Flores:    $118,479.39

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs have judgment against defendants Sea Breeze Fish Market Inc., Sea Breeze Fish & Seafood of Staten Island Inc., S.B.F. Fishery Inc., Vincent J. Dimino, Paula Dimino, and Michael Turco, jointly and severally, for plaintiffs' attorneys' fees in the amount of $3,600, and costs and disbursements of this action in the amount of $478.16, amounting in all to $241,036.94, with interest from the date of this judgment until the entire amount is paid.

Dated: New York, New York
       February 25, 2020

ANDREW L. CARTER JR..
United States District Judge