UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_3/23/2021\_\_\_

BRIONES, ET AL.,

                                    Plaintiffs,

-against-

SEA BREEZE FISH MARKET INC., ET AL.,

                                    Defendants.

-------------------------------------------------------------X

18-cv-08046-ALC

ORDER OF DISMISSAL

ANDREW L. CARTER, JR., United States District Judge:

      On March 16, 2021, the Court issued an Order denying the Parties' a Settlement Agreement approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) in light of Section 6 of the Settlement Agreement, "Confidentiality", which contained an impermissible confidentiality agreements and overbroad non-disparagement clause. *See* ECF No. 68. On March 19, 2021, the Parties submitted a revised Settlement Agreement and stipulation striking Section 6 from the Settlement Agreement. Having reviewed the Revised Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. ECF No. 69. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

                                                    _____
                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge